IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT THOMAS REED            PLAINTIFF

V.            Civil No. 3:17-cv-03007

SEARCY COUNTY SHERIFF'S
DEPARTMENT; and OFFICER
MINERS            DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. He is incarcerated in the Ouachita River Correctional Unit of the Arkansas Department of Correction. At the times at issue in this case, Plaintiff was incarcerated at the Boone County Detention Center.

By order (Doc. 6) entered on January 19, 2017, Plaintiff was advised that the Searcy County Sheriff's Department could not be sued under § 1983. He was given until February 3, 2017, to advise the Court if he wanted to substitute an individual or individuals in place of the Sheriff's Department. He did not file a response to the order.

On February 8, 2017, a show cause order (Doc. 8) was entered. Plaintiff was given until February 27, 2017, to show cause why this case should not be dismissed due to his failure to prosecute this action and his failure to obey the order of the Court.

To date, Plaintiff has not responded to the show cause order (Doc. 8). A change of address was entered on Plaintiff's behalf on February 21, 2017, and all mail returned as undeliverable was resent. No mail has been returned as undeliverable since that time. For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 27th day of April, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE